AO 450 (Rev. 5/99) Judgment in a Civil Case

# United States District Court
## Western District of Texas

SONIA SANCHEZ AND GUILLERMO
SANCHEZ, SR.,
Plaintiff

JUDGMENT IN A CIVIL CASE

v.

SANOFI-AVENTIS U.S. LLC AND SANOFI U.S.
SERVICES, INC.,
Defendants

CASE NUMBER: DR-23-CV-00062 AM

☐ **Jury Verdict.** This action came before the Court for a trial by jury. The issues have been tried and the jury has rendered its verdict.

☒ **Decision by Court.** This action came on for consideration before the Court. The issues have been considered and a decision has been rendered.

**IT IS ORDERED AND ADJUDGED**

That the motion is GRANTED and the claims against the Defendants are DISMISSED WITH PREJUDICE, with the parties to bear their own costs.

7/10/2025
Date



Philip J. Devlin
Clerk

*(signature)*
(By) Deputy Clerk